IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| VALYRIAN IP LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.,<br><br>*Defendant*. | Case No. 4:20-cv-00266-ALM<br><br>JURY TRIAL DEMANDED |

**ORDER GRANTING JOINT MOTION TO DISMISS CASE WITH PREJUDICE**

THIS CAUSE is before the Court on the parties' Joint Motion for Voluntary Dismissal pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. It is:

ORDERED AND ADJUDGED that all claims by Plaintiff, Valyrian IP LLC against Defendant Verizon Communications Inc. are voluntarily dismissed, with prejudice; and Plaintiff and Defendant shall each bear their own costs and attorneys' fees incurred in this action.

All relief not previously granted is hereby denied, and the Clerk is directed to close this civil action.

**IT IS SO ORDERED.**
**SIGNED this 3rd day of December, 2020.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE